Hallenback *v.* Rogers.

---

FRANCES HALLENBACK, complainant and appellant,

*v.*

ARABELLA ROGERS et al., defendants and respondents.

[Filed June 19th, 1899.]

On appeal from a decree advised by Vice-Chancellor Grey, whose opinion is reported in *Hallenback* v. *Rogers, 12 Dick. Ch. Rep. 199.*

*Mr. Lindley M. Garrison*, for the appellant.

*Mr. David J. Pancoast*, for the respondent.

PER CURIAM.

The decree appealed from is affirmed, on the opinion of Vice-Chancellor Grey.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, LIPPINCOTT, GUMMERE, COLLINS, BOGERT, NIXON, HENDRICKSON, ADAMS, VREDENBURGH—12.

*For reversal*—None.